**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ELIZANDA LARSEN,<br><br>On Behalf of Herself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>   v.<br><br>MINDVALLEY INC.,<br>     Defendant. | Case No.: 1:26-cv-2426-CBA-VMS |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Ethan D. Roman, Esq. of Wittels McInturff Palikovic hereby appears on behalf of Plaintiff Elizanda Larsen in the above-entitled case and, pursuant to the Federal Rules of Civil Procedure, requests that all notices, including ECF notices, given or required to be given in this case and all papers served or required to be served in this case, be given and served upon the undersigned at the address and email address set forth below. The undersigned certifies that he is a member of the bar of this Court.


Dated: New York, New York       **WITTELS MCINTURFF PALIKOVIC**
   August 4, 2026

                 By: /s/ Ethan D. Roman
                 Ethan D. Roman
                 305 BROADWAY, 7TH FLOOR
                 NEW YORK, NEW YORK
                 Telephone: (914) 775-8862
                 edr@wittelslaw.com

                 *Counsel for Plaintiff and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served via ECF this 4th day of August 2026 upon all counsel of record.

<u>/s/ Ethan D. Roman　　　</u>
Ethan D. Roman