FOLEY
FOLEY & LARDNER LLP

90 PARK AVENUE
NEW YORK, NEW YORK 10016
212.338.3417 TEL
FOLEY.COM

WRITER'S DIRECT LINE
212.338.3417
asekel@foley.com

November 4, 2026

**Via ECF**
The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Elizanda Larsen v. Mindvalley Inc.*, Case No. 1:26-cv-02426-CBA-VMS

Dear Judge Amon:

We write jointly on behalf of Defendant Mindvalley Inc. and Plaintiff Elizanda Larsen to respectfully request a stay of this matter pending finalization of a settlement.

Plaintiff filed this putative class action on April 23, 2026. On June 5, 2026, the Parties submitted a joint letter and stipulation to stay the case pending mediation. The Court granted the stay on June 9, 2026. On June 30, 2026, Defendant filed a Status Report and its Answer. On August 4, 2026, the Court held an Initial Conference and issued an Order.

Plaintiff, the plaintiffs in related actions against Mindvalley, and Mindvalley have reached agreement on the material terms of a class-wide settlement, which are memorialized in a memorandum of understanding executed by the parties' counsel on October 9, 2026. The parties are working diligently to prepare a long-form settlement agreement.

Given the current posture of this action, the parties respectfully request that this Court stay this matter, including all upcoming case management deadlines, pending finalization of the settlement. The request is made jointly, and neither party will be prejudiced by the requested stay.

Respectfully submitted,

*/s/ Anne B. Sekel*
Anne B. Sekel
FOLEY & LARDNER LLP
*Counsel for Defendant*

*/s/ J. Burkett McInturff*
J. Burkett McInturff
Ethan D. Roman
WITTELS MCINTURFF PALIKOVIC
*Counsel for Plaintiff and the Proposed Class*